UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JOSE TORRES,

                Plaintiff,

   - v -

CITY OF NEW YORK, et al.,

                Defendants.
-------------------------------------------------------------x

**MEMORANDUM**

CV-12-4732 (ARR)(VVP)

      In accordance with the court's direction, the City has provided for *in camera* review the file of the Internal Affairs Bureau ("IAB") concerning their investigation of the plaintiff's complaint of mistreatment by the police officers who arrested him. Submission of the file was ordered because of the City's delay in identifying the officers who entered the plaintiff's residence at the time of the incidents about which he complains. The file discloses the names of three officers who were present at the time of the alleged mistreatment – Officers Carmella Cameron, Salvator Sacco, and Jason Lundell. The file discloses the names of three other officers whose names were added to the investigation but whose involvement, if any, is not disclosed in the file – Police Officers Steven Phillips, James Brennan, and Brian Schulman. The file also contains other documents that could lead to evidence admissible at trial, but the court at this point has not been asked to compel their disclosure and therefore has not had occasion to consider the City's contention that the file is protected by the law enforcement privilege.

      The City may retrieve the file from chambers.

*Viktor V. Pohorelsky*
VIKTOR V. POHORELSKY
United States Magistrate Judge

Dated:    Brooklyn, New York
           March 26, 2013